# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donahue, Patricia A. | U.S. District Court, Central District of California | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>08/31/2020 |

**7. Chambers or Office Address**

Roybal Courthouse and Federal Building
255 East Temple Street
Los Angeles, CA 90012-3332

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Governors | Women Lawyers Association of Los Angeles |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP |
| 2. | 2020 | Myman Greenspan Fox Rosenberg Mobasser Younger & Light LLP |
| 3. | 2020 | Warner Bros. Pictures Inc. |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Crossroads School for the Arts & Sciences | Tuition Agreements | None |
| 2. Vanderbilt University | Tuition Agreements | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. - Amazon common stock | | None | K | T | | | | | |
| 3. - Salesforce.com common stock | A | Dividend | J | T | | | | | |
| 4. - Visa Inc common stock | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 5. - Apple common stock | A | Dividend | J | T | | | | | |
| 6. - Walt Disney common stock | | None | J | T | Buy | 08/28/19 | J | | |
| 7. - Invesco QQQ trust | A | Dividend | J | T | | | | | |
| 8. - Janus Henderson Forty | A | Dividend | J | T | | | | | |
| 9. Investment Account #2 (H) | | | | | | | | | |
| 10. - Edgewood Growth Instol fund | A | Dividend | K | T | | | | | |
| 11. - First Trust Capital Strength ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 12. - iShares Morningstar Multi-Asset Inc ETF | | None | J | T | | | | | |
| 13. - ProShares S&P 500 Dividend A | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 14. - Vanguard Dividnt Appreciation ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 15. - DNP Select Income | | None | J | T | Buy | 03/12/20 | J | | |
| 16. - First Trust Morningstar Div Leaders ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 17. - First Trust NASDAQ Technology Div ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Trust Rising Divident Achieve ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 19. - First Trust Value Line Dividend | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 20. - Wisdom Tree US MidCap Divident ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 21. - Victory Sycamore Small Company Opp | | None | J | T | | | | | |
| 22. - iShares Morningstar Multi-Asset Inc. ETF | A | Dividend | J | T | | | | | |
| 23. - Vanguard Intl Div Apprec ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 24. - iShares Morningstar Multi-Asset Incm ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 25. - First Trust Preferred Sec & Inc ETF | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 26. - T. Rowe price US Treasury Money | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 27. - Investment Account # 3 (H) | | | | | | | | | |
| 28. - Adobe Systems Inc common stock | A | Dividend | L | T | | | | | |
| 29. - Alphabet Inc A common stock | A | Dividend | L | T | | | | | |
| 30. - Amazon.com Inc common stock | A | Dividend | M | T | | | | | |
| 31. - Mastercard Inc common stock | A | Dividend | K | T | | | | | |
| 32. - Microsoft Corp common stock | A | Dividend | K | T | Buy (add'l) | 04/16/19 | J | | |
| 33. - NVIDIA Corp common stock | B | Dividend | M | T | Buy (add'l) | 01/25/19 | J | | |
| 34. | | | | | Buy (add'l) | 03/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 36. - Salesforce.com Inc common stock | A | Dividend | K | T | Buy<br>(add'l) | 01/25/19 | J | | |
| 37. - ServiceNow Inc common stock | A | Dividend | K | T | | | | | |
| 38. - Visa Inc Class A common stock | A | Dividend | K | T | Buy<br>(add'l) | 04/16/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 40. - Zoetis Inc. common stock | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 41. - Apple Inc. common stock | A | Dividend | M | T | Buy<br>(add'l) | 01/25/19 | K | | |
| 42. - Broadcom Inc. common stock | A | Dividend | K | T | Buy | 03/20/19 | K | | |
| 43. - Qualcomm Inc. common stock | A | Dividend | K | T | | | | | |
| 44. - Estee Lauder Companies Inc. Class A common stock | A | Dividend | K | T | Buy | 08/28/19 | K | | |
| 45. - TJX Companies Inc. common stock | A | Dividend | J | T | | | | | |
| 46. - Home Depot Inc. common stock | A | Dividend | K | T | | | | | |
| 47. - Verizon Communications Inc. common stock | A | Dividend | K | T | | | | | |
| 48. - VF Corp common stock | | None | J | T | | | | | |
| 49. - Technology Select Sector SPDR ETF | A | Dividend | K | T | | | | | |
| 50. - California State Municipal Bond 5.125 | | None | J | T | | | | | |
| 51. - FT Equity Income Select 60 CA | | None | K | T | Buy | 02/15/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - FT Cloud Computing 25 CA | A | Interest | J | T | Buy | 05/24/19 | J | | |
| 53.   - Investment Account # 4 (H) | | | | | | | | | |
| 54.   - Adobe Systems Inc. common stock | A | Dividend | N | T | Buy (add'l) | 01/31/19 | K | | |
| 55.   - Alphabet Inc A common stock | A | Dividend | O | T | | | | | |
| 56.   - Amazon.com Inc. common stock | | None | P1 | T | | | | | |
| 57.   - Mastercard Inc. A common stock | A | Dividend | N | T | Buy (add'l) | 05/24/19 | K | | |
| 58. | | | | | Buy (add'l) | 08/12/19 | L | | |
| 59.   - Microsoft Corp common stock | A | Dividend | N | T | Buy (add'l) | 05/24/19 | K | | |
| 60. | | | | | Buy (add'l) | 08/12/19 | K | | |
| 61. | | | | | Buy (add'l) | 08/28/19 | K | | |
| 62.   - NVDIA Corp common stock | A | Dividend | N | T | Buy (add'l) | 01/31/19 | K | | |
| 63. | | | | | Buy (add'l) | 03/12/19 | K | | |
| 64.   - Salesforce.com Inc common stock | A | Dividend | N | T | | | | | |
| 65.   - ServiceNow Inc. common stock | A | Dividend | N | T | Buy (add'l) | 04/19/19 | K | | |
| 66. | | | | | Buy (add'l) | 05/24/19 | K | | |
| 67.   - Visa Inc. Class A common stock | A | Dividend | M | T | Buy (add'l) | 04/24/19 | K | | |
| 68. | | | | | Buy (add'l) | 08/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Apple Inc. common stock | C | Dividend | P1 | T | | | | | |
| 70.   - Berkshire Hathaway Inc. A common stock | | None | O | T | | | | | |
| 71.   - Berkshire Hathaway Inc. B common stock | | None | L | T | | | | | |
| 72.   - Broadcom Inc. Com comon stock | A | Dividend | M | T | Buy | 03/22/19 | M | | |
| 73.   - L3Harris Technologies Inc. common stock | | None | K | T | | | | | |
| 74.   - Northrup Grunman Corp. common stock | A | Dividend | M | T | | | | | |
| 75.   - Qualcomm Inc. common stock | A | Dividend | L | T | Buy | 04/24/19 | L | | |
| 76.   - TJX Companies Inc. common stock | A | Dividend | L | T | Buy (add'l) | 01/31/19 | K | | |
| 77.   - Walt Disney Co. common stock | A | Dividend | N | T | | | | | |
| 78.   - Boeing Co. common stock | | None | M | T | | | | | |
| 79.   - Coca-Cola Co. common stock | A | Dividend | K | T | | | | | |
| 80.   - Johnson & Johnson common stock | A | Dividend | M | T | | | | | |
| 81.   - McDonald's Corp. common stock | A | Dividend | N | T | | | | | |
| 82.   - Home Depot Inc. common stock | A | Dividend | N | T | | | | | |
| 83.   - Verizon Communications Inc. common stock | A | Dividend | M | T | Buy | 02/21/19 | M | | |
| 84.   - Keysight Technologies Inc. common stock | A | Dividend | M | T | Buy | 04/03/19 | M | | |
| 85.   - Ulta Salon Cosmetics & Fragrances Inc. common stock | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Plymouth Industrial REIT Inc common stock | A | Dividend | L | T | | | | | |
| 87. - Chimera Investment Corp. common stock | | None | K | T | Buy | 03/13/20 | K | | |
| 88. - PennyMac Mortgage Investment Trust | | None | K | T | | | | | |
| 89. - CHS Inc CHSC.N | B | Dividend | K | T | | | | | |
| 90. - CHS Inc CHSCL | B | Dividend | L | T | | | | | |
| 91. - Cowen Inc 7.75% Srnt 33 | A | Dividend | K | T | Buy | 03/12/19 | K | | |
| 92. - General Finance Corp. common stock | A | Dividend | L | T | | | | | |
| 93. - Gladstone Commrl 6.625 SRS E Cum | A | Dividend | K | T | Buy | 03/13/19 | K | | |
| 94. - Edgewood Growth Instl | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 95. - Invesco QQQ Trust | A | Dividend | K | T | | | | | |
| 96. - American Funds American Balanced A | B | Dividend | K | T | | | | | |
| 97. - American Funds Capital Income Bldr A | A | Dividend | J | T | | | | | |
| 98. - American Funds Income Fund of Amer A | A | Dividend | K | T | | | | | |
| 99. - iShares Mortgage Ral Estate ETF | | None | J | T | | | | | |
| 100. - American Funds American Balanced A | A | Dividend | J | T | | | | | |
| 101. - American Funds Capital Income Bldr A | A | Dividend | J | T | | | | | |
| 102. - American Funds Income Fund of Amer A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - American Funds Amerian Balanced A | A | Dividend | K | T | | | | | |
| 104. - American Funds Capital Income Bldr A | A | Dividend | J | T | | | | | |
| 105. - American Funds Income Fund of Amer A | A | Dividend | J | T | | | | | |
| 106. - GE 5.250 MTN bond | | None | K | T | | | | | |
| 107. - Billings Mont Tax Increment Municipal Bond | | None | K | T | | | | | |
| 108. - Bonita Calif Unif Sch Dist Municipal Bond | | None | K | T | | | | | |
| 109. - Cabrillo Caif Un Sch Dist Municipal Bond | | None | K | T | | | | | |
| 110. - California Healt Facs Fing Municipal Bond | | None | K | T | | | | | |
| 111. - California Statewide Cmnty Municipal Bond | | None | K | T | | | | | |
| 112. - Chula Vista Calif Elem Sch Municipal Bond | | None | K | T | | | | | |
| 113. - Lake Elsinore Calif Uni Sch Di Municipal Bond | | None | K | T | | | | | |
| 114. - Marina Caliif Municipal Bond | | None | K | T | | | | | |
| 115. - Palomar Health Calif Municipal Bond | | None | K | T | | | | | |
| 116. - Panama-Buena Vista Un Sch Dist Municipal Bond | | None | K | T | | | | | |
| 117. - Sausalito Calif Fing Auth Swr Municipal Bond | | None | K | T | | | | | |
| 118. - Ventura Cnt Calif Cmnty Municipal Bond | | None | L | T | | | | | |
| 119. - Alameda Cnty Calif Wtr Dist Municipal Bond | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Buckeye Calif Un Sch Dist | | None | L | T | | | | | |
| 121. - California Health Facs Fing Municipal Bond | | None | K | T | | | | | |
| 122. - California St 3.000 Municipal Bond | | None | J | T | | | | | |
| 123. - Central Marin Santn Agy Calif Municipal Bond | | None | K | T | | | | | |
| 124. - Cucaonga Vy Calif Wtr Dist Municipal Bond | | None | K | T | | | | | |
| 125. - La Verne Calif Mobile Home Pk Municipal Bond | | None | K | T | | | | | |
| 126. - Marysville Calif Jt Uni Sch Di Municipal Bond | | None | K | T | | | | | |
| 127. - Peidmont Calif Uni Sch Dist Municipal Bond | | None | K | T | | | | | |
| 128. - Roseville Calif Redev Agy Municipal Bond | | None | K | T | | | | | |
| 129. - Rowland Calif Wtr Dist Wtr Rev Municipal Bond | | None | K | T | | | | | |
| 130. - Simi Vy Calif pub Facs Fing Municipal Bond | | None | K | T | | | | | |
| 131. - West Sacramento Calif Area Munitipal Bond | | None | K | T | | | | | |
| 132. - Grant Calif Elem Sch Dist Municipal Bond | | None | K | T | | | | | |
| 133. - Imperial Cnt Calif Loc Trans Municipal Bond | | None | K | T | | | | | |
| 134. - Los Angeles Calif Dept Wtr & Power Municipal Bond | | None | K | T | | | | | |
| 135. - Montana Fc Fin auth Rev Municipal Bond | | None | L | T | | | | | |
| 136. - San Diego Cnty Calif Regl Arpt Municipal Bond | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donahue, Patricia A.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  - FT Capital Strength 46 CA | A | Dividend | K | T | Buy | 03/12/19 | K | | |
| 138.  - FT Market Strength Alloc Select 34 CA | A | Dividend | L | T | Buy | 01/24/19 | L | | |
| 139.  - FT Technology Select 73 CA | A | Dividend | K | T | Buy | 04/26/19 | K | | |
| 140.  - FT 8098 Inc Divd Eqty All SRS 21 UIT CA | A | Dividend | K | T | Buy | 08/12/19 | K | | |
| 141.  F- T America Agenda 8 CA | A | Dividend | K | T | Buy | 03/21/19 | K | | |
| 142.  - FT Equity Income Select 60 CA | | None | L | T | Buy | 02/20/19 | L | | |
| 143.  - FT Equity Income 58 CA | | None | K | T | | | | | |
| 144.  - FT Capital Strength Buy-Write 43 CA | A | Dividend | L | T | Buy | 01/31/19 | L | | |
| 145.  - FT S&P Dividend Atrts By-Wrt 4 CA | | None | M | T | Buy | 01/24/19 | M | | |
| 146.  - First Trust Technology Dividend 28 MO CA | A | Dividend | L | T | | | | | |
| 147.  - FT 8137 Select 3rd Qtr 2019 SRS UIT CA | A | Dividend | M | T | Buy | 07/18/19 | M | | |
| 148.  - FT 8152 Capital Strength SRS 48 UIT | A | Dividend | M | T | Buy | 08/06/19 | M | | |
| 149.  - FT Cloud Computing 25 CA | A | Dividend | L | T | Buy | 06/05/19 | L | | |
| 150.  - FT Dividend Strength 43 CA | A | Dividend | L | T | Buy | 01/24/19 | L | | |
| 151.  - FT Technolgy Dividend 29 CA | A | Dividend | K | T | Buy | 01/31/19 | K | | |
| 152.  - FT Technolog Select 72 CA | A | Dividend | L | T | Buy | 03/04/19 | L | | |
| 153.  Investment Account #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Bristol-Myers Squibb Company common stock | | None | K | T | Buy | 05/28/20 | K | | |
| 155.  - Costco Wholesale Corp. common stock | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 156.  - Moody's Corporation | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 157.  - O'Reil Automotive Inc common stock | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 158.  - Hershey Co common stock | | None | K | T | Buy | 03/12/20 | K | | |
| 159.  - UnitedHealth Group Inc common stock | | None | K | T | Buy | 05/28/20 | K | | |
| 160.  - AutoZone Inc common stock | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 161.  - CVS Health Corp common stock | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 162.  - Gilead Sciences Inc common stock | | None | K | T | Buy | 03/12/20 | K | | |
| 163.  - Etsy Inc.com common stock | A | Dividend | L | T | Buy | 03/12/20 | K | | |
| 164.  - Alibaba Group Holdings Ltd ADR | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 165.  - First Trust Capital Strength ETF | A | Dividend | K | T | Buy | 03/12/20 | K | | |
| 166.  - Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 167.  - First Trust NASDAQ Technology Div ETF | A | Dividend | K | T | Buy | 05/28/20 | K | | |
| 168.  - First Trust Rising Dividend Achiev ETF | A | Dividend | L | T | Buy | 03/12/20 | L | | |
| 169.  - First Trust Value Line Dividend ETF | A | Dividend | L | T | Buy | 03/12/20 | L | | |
| 170.  - First Trust Mid Cap Growth AlphaDEX ETF | A | Dividend | K | T | Buy | 05/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - First Trust California Muni Hi Inc ETF | A | Dividend | L | T | Buy | 03/13/20 | L | | |
| 172.  - First Trust Managed Municipal ETF | A | Dividend | L | T | Buy | 03/12/20 | L | | |
| 173.  Estate # 1 (H) | | | | | | | | | |
| 174.  - Real Property # 1 Cascade County, MT | | None | M | W | | | | | |
| 175.  - Real Property #2 Cascade County MT | | None | L | W | | | | | |
| 176.  529 American Funds VCSP/College America (H) | | | | | | | | | |
| 177.  - AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 178.  - American Balanced Fund-529A | A | Dividend | L | T | | | | | |
| 179.  - EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 180.  - Fundamental Investors-529A | A | Dividend | M | T | | | | | |
| 181.  - The Growth Fund of America-529A | A | Dividend | M | T | | | | | |
| 182.  - The Investment Compay of America-529A | A | Dividend | L | T | | | | | |
| 183.  - SMALLCAP World Fund-529A | A | Dividend | L | T | | | | | |
| 184.  - Washington Mutual Investors Fund-529A | A | Dividend | L | T | | | | | |
| 185.  City National Bank cash accounts | A | Interest | J | T | | | | | |
| 186.  D.A. Davidson cash accounts | A | Interest | L | T | | | | | |
| 187.  Investment Account #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Adobe Inc common stock | A | Dividend | K | T | | | | | |
| 189. - Alphabet Inc common stock | A | Dividend | K | T | | | | | |
| 190. - Amazon.com common stock | A | Dividend | K | T | | | | | |
| 191. - Apple Inc common stock | A | Dividend | K | T | | | | | |
| 192. - Ares Capital Cop common stock | | None | J | T | Buy | 07/25/19 | J | | |
| 193. - Boeing Co common stock | | None | J | T | | | | | |
| 194. - Broadcom Inc common stock | A | Dividend | K | T | Buy | 03/20/19 | K | | |
| 195. - Costco common stock | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 196. - Cyber Ark Software Ltd common stock | | None | J | T | Buy | 07/25/19 | J | | |
| 197. - Walt Disney Co common stock | | None | K | T | Buy | 04/16/19 | K | | |
| 198. - Home Depot Inc comon stock | A | Dividend | J | T | | | | | |
| 199. - Inv QQQ ETF | A | Dividend | J | T | | | | | |
| 200. - Janus Forty I comon stock | A | Dividend | K | T | | | | | |
| 201. - Microsoft common stock | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 202. - Salesforce.com Inc common stock | A | Dividend | J | T | | | | | |
| 203. - Tech Sel. Sect SPDR ETF | A | Dividend | J | T | | | | | |
| 204. - Servicenow Inc. common stock | A | Dividend | J | T | Buy | 05/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Verizon Commns Inc. comon stock | A | Dividend | K | T | Buy | 02/21/19 | K | | |
| 206.  - Visa Inc Class A common stock | A | Dividend | J | T | | | | | |
| 207.  - Zoetis Inc class A common stock | A | Dividend | J | T | | | | | |
| 208.  Investment Account #7 (H) | | | | | | | | | |
| 209.  - AT&T common stock | | None | K | T | Buy | 03/20/19 | K | | |
| 210.  - Adobe common stock | A | Dividend | K | T | | | | | |
| 211.  - Alphabet Inc common stock | A | Dividend | K | T | | | | | |
| 212.  - Amazon common stock | A | Dividend | L | T | | | | | |
| 213.  - Apple common stock | A | Dividend | K | T | | | | | |
| 214.  - Boeing common stock | | None | K | T | | | | | |
| 215.  - Broadom common stock | A | Dividend | K | T | Buy | 03/20/19 | K | | |
| 216.  - Costco Wholesale common stock | A | Dividend | K | T | Buy | 09/09/19 | K | | |
| 217.  - Walt Disney common stock | A | Dividend | K | T | | | | | |
| 218.  - Home Depot common stock | A | Dividend | K | T | | | | | |
| 219.  - L3 Harris Techs common stock | | None | K | T | Buy | 08/28/19 | K | | |
| 220.  - Lululemon Athletica common stock | A | Dividend | M | T | | | | | |
| 221.  - Mastercard common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. - McDonald's common stock | A | Dividend | K | T | | | | | |
| 223. - Qualcomm common stock | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 224. - Roku common stock | A | Dividend | J | T | Buy | 08/12/19 | J | | |
| 225. - Salesforce.com common stock | A | Dividend | K | T | | | | | |
| 226. - Servicenow Inc. common stock | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 227. - Shopify Inc. common stock | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 228. - VR Corp common stock | | None | K | T | Buy | 07/25/19 | K | | |
| 229. - Verizon common stock | A | Dividend | K | T | Buy | 02/21/19 | K | | |
| 230. - Visa common stock | A | Dividend | J | T | | | | | |
| 231. - Zoetis Inc common stock | A | Dividend | K | T | | | | | |
| 232. - FT Tech Sel 73 CA | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 233. - FT Cloud Computing 25 CA | A | Dividend | J | T | Buy | 06/11/19 | J | | |
| 234. - FT Sel DSIP 3Q19 CA | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 235. - FT Div Strgth 45 CA | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 236. - FT Cloud Computing 23 CA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donahue, Patricia A. | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because non was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Patricia A. Donahue

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544